IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SILVIE POMICTER and
LAST CHANCE FOR ANIMALS,

    Plaintiffs,

v.

LUZERNE COUNTY CONVENTION
CENTER AUTHORITY and
SMG,

    Defendants.

CIVIL ACTION

No. 3:16-cv-00632-RDM

FILED
SCRANTON

FEB 0 1 2017

PER _____
DEPUTY CLERK

## ORDER

AND NOW, this _1st_ day of _February_, 2017, upon consideration of the parties' Joint Motion for Modification of Scheduling Order,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and this Court's July 15, 2016 Order, as amended by the Court's November 30, 2016 Order, is modified as follows:

All fact discovery shall be completed by February 28, 2017.

Robert D. Mariani
United States District Judge