THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SILVIE POMICTER, et al., | : |
| | : CIVIL ACTION NO. 3:16-CV-632 |
| Plaintiffs, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| LUZERNE COUNTY CONVENTION CENTER, et al., | : |
| | : |
| Defendants. | : |

FILED
SCRANTON
OCT 2 6 2021
Per_____
DEPUTY CLERK

## ORDER

AND NOW, THIS 26th DAY OF OCTOBER 2021, for the reasons set out in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Defendants on Plaintiffs' Pennsylvania Constitution Article 1, Section 7 claim as it relates to the location condition imposed by Arena policy;

2. The Clerk of Court the Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge